FILED

03/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0069

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 24-0069

APRIL MYERS, JAMES MYERS, DARRYL WHITCANACK, PATRICIA MILLER, EVERETT WESTERMAN, PATRICIA WESTERMAN, JAMES STEVENSON, LONNIE BEKEL, and CINDY BEKEL

*Plaintiffs – Appellants,*

v.

JOSEPH KLEINHANS and AMANDA KLEINHANS

*Defendants – Appellees*

On Appeal from the Twenty-Second Judicial District Court
Carbon County, Hon. Matthew J. Wald
Cause No. DV 22-0081

## ORDER GRANTING APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Upon consideration of Appellees' Motion for Extension of Time to File Response Brief, and good cause having been shown, Appellees are so granted until April 26, 2024, to prepare, serve, and file their response brief in the above-entitled matter.

Electronically signed below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 8 2024